IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PNC BANK, NATIONAL ASSOCIATION,

        Plaintiff,

v.

HAMMERLANE TRANSPORT, LLC
FOX RIVER PALLET, LLC, and
JACOB FOX,

        Defendants.

Case No. 26-cv-00061

## COMPLAINT

Plaintiff PNC Bank, National Association (the "Bank"), by its attorneys Carlson Dash, LLC, for its Complaint against Hammerlane Transport, LLC ("Hammerlane"), Fox River Pallet, LLC ("Pallet") and Jacob Fox ("Fox" collectively with Hammerlane and Pallet the "Defendants"), alleges and shows to the Court as follows:

### NATURE OF THE ACTION

1. This is an action seeking judgment for damages for breach of contract and breach of guaranty against Defendants.

### PARTIES

2. The Bank is a national banking association with its principal place of business located in Pennsylvania, and the state designated on its origination certificate is Delaware.

3. Hammerlane is a Wisconsin limited liability corporation with a principal place of business located at 478 E Huron St Berlin, WI 54923. Jacob Fox is the member of Hammerlane who is a resident and citizen of Wisconsin and resides at 478 E Huron St Berlin, WI 54923.

4. Pallet is a Wisconsin limited liability corporation with a principal place of business located at 478 E Huron St Berlin, WI 54923. Jacob Fox is the member of Pallet who is a resident and citizen of Wisconsin and resides at 478 E Huron St Berlin, WI 54923.

5. Jacob Fox is a resident and citizen of Wisconsin and resides at 478 E Huron St Berlin, WI 54923.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over the Defendants pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds, exclusive of interest and costs, $75,000.00, and, as detailed above, the parties maintain diversity of citizenship.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because the Defendants are residents of Wisconsin, and pursuant to 28 U.S.C. § 1391(b)(2) given that a substantial part of the events or omissions giving rise to the Bank's claims occurred in this judicial district.

## COUNT I
### Breach of Contract – Line of Credit Agreement against Hammerlane Transport, LLC

8. On or about March 24, 2023, Hammerlane, for good and valuable consideration, executed and delivered to the Bank a Business Loan Application (the "Hammerlane Application"), seeking for the Bank to issue a line of credit in the maximum amount of $100,000.00. A true and accurate copy of the Hammerlane Application is attached hereto as **Exhibit A**.

9. As part of the Hammerlane Application, Hammerlane agreed that if the loan was approved it would be bound by the terms of a certain Small Business Line of Credit Agreement (the "Hammerlane Line of Credit Agreement").

10. On March 27, 2023, the Bank approved the Application and extended a line of credit to Hammerlane in the maximum amount of $100,000.00 pursuant to the terms of the Hammerlane Line of Credit Agreement. A true and accurate copy of the Hammerlane Line of Credit Agreement is attached hereto as **Exhibit B**.

11. The Hammerlane Application and the Hammerlane Line of Credit Agreement, are hereinafter referred to as the "Hammerlane Loan Documents".

12. The Hammerlane Loan Documents required, among other things, for Hammerlane to make monthly payments of principal and interest.

13. Failure to make monthly payments when due is an event of default under the Hammerlane Loan Documents.

14. Upon default, the Bank has the option to accelerate all amounts due and owing under the Hammerlane Loan Documents.

15. Hammerlane has failed to make its required monthly payments and is therefore in default.

16. Due to this default, the Bank has accelerated all amounts due and owing under the Hammerlane Loan Documents

17. Despite demand, Hammerlane has failed and continues to fail to pay all amounts due and owing under the Hammerlane Loan Documents.

18. The Hammerlane Loan Documents permit the Bank to recover its attorney's fees and court costs.

19. As a result of the foregoing, Hammerlane is liable to the Bank for the amounts owed under the Hammerlane Loan Documents, including but not limited to, principal, interest, attorneys' fees and court costs.

20. As of November 19, 2025, the balance due and owing, exclusive of fees and costs, from Hammerlane to the Bank on the Hammerlane Loan Documents is:

| Principal | $89,040.75 |
|---|---|
| Accrued Interest | $7,725.66 |
| Late Fees | $335.50 |

| Total | **$97,101.71** |
|---|---|

21. The Bank has performed all of its obligations under the Hammerlane Loan Documents.

22. Hammerlane is not entitled to any credits or setoffs.

**WHEREFORE**, PNC Bank, National Association requests that the Court enter judgment in its favor and against Hammerlane Transport LLC in the amount of $97,101.71, plus additional interest, court costs and attorneys' fees, and any and all other relief the Court deems just, proper, and equitable.

## COUNT II
### Breach of Contract – Line of Credit Agreement against Fox River Pallet, LLC

23. On or about September 2, 2022, Pallet, for good and valuable consideration, executed and delivered to the Bank a Business Loan Application (the "Pallet Application"), seeking for the Bank to issue a line of credit in the maximum amount of $100,000.00. A true and accurate copy of the Pallet Application is attached hereto as **Exhibit C**.

24. As part of the Pallet Application, Pallet agreed that if the loan was approved it would be bound by the terms of a certain Small Business Line of Credit Agreement (the "Pallet Line of Credit Agreement"). On March 27, 2023, the Bank approved the Pallet Application and extended a line of credit to Pallet in the maximum amount of $100,000.00 pursuant to the terms of the Pallet Line of Credit Agreement. A true and accurate copy of the Line of Credit Agreement is attached hereto as **Exhibit D**.

25. The Pallet Application and Pallet Line of Credit Agreement, are hereinafter referred to as the "Pallet Loan Documents".

26. The Pallet Loan Documents required, among other things, for Pallet to make monthly payments of principal and interest.

27. Failure to make monthly payments when due is an event of default under the Pallet Loan Documents.

28. Upon default, the Bank has the option to accelerate all amounts due and owing under the Pallet Loan Documents.

29. Pallet has failed to make its required monthly payments and is therefore in default.

30. Due to this default, the Bank has accelerated all amounts due and owing under the Pallet Loan Documents

31. Despite demand, Pallet has failed and continues to fail to pay all amounts due and owing under the Pallet Loan Documents.

32. The Pallet Loan Documents permit the Bank to recover its attorney's fees and court costs.

33. As a result of the foregoing, Pallet is liable to the Bank for the amounts owed under the Pallet Loan Documents, including but not limited to, principal, interest, attorneys' fees and court costs.

34. As of December 16, 2025, the balance due and owing, exclusive of fees and costs, from Pallet to the Bank on the Pallet Loan Documents is:

| Principal | $95,454.01 |
| Accrued Interest | $7,959.29 |
| Late Fees | $35918 |
| Total | **$103,772.48** |

35. The Bank has performed all of its obligations under the Pallet Loan Documents.

36. Pallet is not entitled to any credits or setoffs.

**WHEREFORE**, PNC Bank, National Association requests that the Court enter judgment in its favor and against Fox River Pallet, LLC in the amount of $103,772.48, plus additional interest, court costs and attorneys' fees, and any and all other relief the Court deems just, proper, and equitable.

## COUNT III
### Breach of Contract – Guaranty against Jacob Fox

37. The Bank incorporates by reference the allegations in paragraphs 8 through 22 above, as if fully restated here.

38. As part of the Hammerlane Loan Documents, Fox agreed to guaranty all amounts owing from Hammerlane to the Bank (the "Hammerlane Guaranty").

39. Hammerlane has failed to make its required monthly payments and is therefore in default.

40. Due to this default, the Bank has accelerated all amounts due and owing under the Hammerlane Loan Documents.

41. Despite demand, Fox has failed, and continues to fail, to pay all amounts due and owing under the Hammerlane Loan Documents and the Hammerlane Guaranty.

42. The Hammerlane Loan Documents and Hammerlane Guaranty permit the Bank to recover its attorney's fees and court costs.

43. As a result of the foregoing, Fox is liable to the Bank for the amounts owed under the Hammerlane Loan Documents and Hammerlane Guaranty, including but not limited to, principal, interest, attorneys' fees and court costs.

44. Fox is not entitled to any credits or setoffs.

45. As of November 19, 2025, the balance due and owing, exclusive of fees and costs, from Hammerlane to the Bank on the Hammerlane Loan Documents is:

6
Case 2:26-cv-00061-WCG    Filed 01/13/26    Page 6 of 8    Document 1

| Principal | $89,040.75 |
|---|---:|
| Accrued Interest | $7,725.66 |
| Late Fees | $335.50 |
| Total | **$97,101.71** |

**WHEREFORE**, PNC Bank, National Association requests that the Court enter judgment in its favor and against Jacob Fox in the amount of $103,72.48, plus additional interest, court costs and attorneys' fees, and any and all other relief the Court deems just, proper, and equitable.

## COUNT IV
### Breach of Contract – Guaranty against Jacob Fox

46. The Bank incorporates by reference the allegations in paragraphs 23 through 36 above, as if fully restated here.

47. As part of the Pallet Loan Documents, Fox agreed to guaranty all amounts owing from Pallet to the Bank (the "Pallet Guaranty").

48. Pallet has failed to make its required monthly payments and is therefore in default.

49. Due to this default, the Bank has accelerated all amounts due and owing under the Pallet Loan Documents.

50. Despite demand, Fox has failed, and continues to fail, to pay all amounts due and owing under the Pallet Loan Documents and the Pallet Guaranty.

51. The Pallet Loan Documents and Pallet Guaranty permit the Bank to recover its attorney's fees and court costs.

52. As a result of the foregoing, Fox is liable to the Bank for the amounts owed under the Pallet Loan Documents and Pallet Guaranty, including but not limited to, principal, interest, attorneys' fees and court costs.

53. Fox is not entitled to any credits or setoffs.

54. As of December 16, 2025, the balance due and owing, exclusive of fees and costs, from Pallet to the Bank on the Pallet Loan Documents is:

| Principal | $95,454.01 |
|---|---|
| Accrued Interest | $7,959.29 |
| Late Fees | $35918 |
| Total | **$103,772.48** |

55. An Affidavit as to Military Service of Fox is attached hereto as **Exhibit E**.

**WHEREFORE**, PNC Bank, National Association requests that the Court enter judgment in its favor and against Jacob Fox in the amount of $103,72.48, plus additional interest, court costs and attorneys' fees, and any and all other relief the Court deems just, proper, and equitable.

                Respectfully submitted,
                **PNC Bank, National Association**

                By: /s/ Martin J. Wasserman
                        One of its Attorneys

Martin J. Wasserman ARDC #6294040
Jeremiah Shavers ARDC #6330425
**CARLSON DASH, LLC**
216 S. Jefferson St., Suite 303
Chicago, Illinois 60661
Telephone: 312-382-1600
Email: mwasserman@carlsondash.com
Email: jshavers@carlsondash.com